**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   J. James  Raymond v. Joseph Degioanni, Emtel, Inc., and Brazos
Emergency Physicians Association, P.A., The Methodist Hospital, The
Methodist Health Care Centers d/b/a Methodist Sugar Land Hospital
and Methodist Willowbrook,and Neptune Emerg Emergency
Physician Services, P.A.

Appellate case number:   01-14-00459-CV

Trial court case number:   2003-53712

Trial court:                      334th District Court of Harris County

On June 12, 2014, J. James Redmond filed Appellant's Expedited Motion for Emergency Stay.  The motion is **GRANTED**.  The trial court's May 30, 2014 Order Granting Joint Motion for Court Approval of Settlement and Denying Receiver's Motion for Release of Funds for Payment of Receivership Fees is **STAYED**, pending this Court's review of Redmond's Motion for Review of trial Court Order Denying Motion to Set Amount of Supersedeas Bond, also filed on June 12, 2014.

Further, the clerk of the trial court is enjoined from disbursing the relevant funds from the registry until our review is complete.

Appellees are **ORDERED** to provide a response to appellant's Motion for Review of Trial Court Order Denying Motion to Set Amount of Supersedeas Bond within ten (10) days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                            ☑ Acting individually     ☐ Acting for the Court

Date:  June 12, 2014